**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEBRASKA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Rock Medical Group, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1873991** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2717 North 118th Street**<br>**Suite 210**<br>**Omaha, NE 68164**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Douglas**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://rockmedical-group.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Rock Medical Group, LLC**                                                          Case number (*if known*) _____

_____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | ____ |

| | | |
|---|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* | |
| | ☐ Chapter 7 | |
| | ☐ Chapter 9 | |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ■ Chapter 11. *Check **all** that apply:* | |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 | |

| | | | | | |
|---|---|---|---|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. | | | | |
| | ☐ Yes. | | | | |
| | District _____ | When _____ | Case number _____ | | |
| | District _____ | When _____ | Case number _____ | | |

Debtor    **Rock Medical Group, LLC**                             Case number (*if known*) _____
        Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____   When _____    Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

      ■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

| Debtor | **Rock Medical Group, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | **Rock Medical Group, LLC** | Case number (*if known*) | |
|--------|------------------------------|--------------------------|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 27, 2024**
MM / DD / YYYY

**X** **/s/ Loren Rock**                                                         **Loren Rock**
Signature of authorized representative of debtor                Printed name

Title   **Managing Member / Owner**

**18. Signature of attorney**

**X** **/s/ Patrick R. Turner**                              Date **November 27, 2024**
Signature of attorney for debtor                                        MM / DD / YYYY

**Patrick R. Turner**
Printed name

**Turner Legal Group, LLC**
Firm name

**14707 California Street, #1**
**Omaha, NE 68154**
Number, Street, City, State & ZIP Code

Contact phone   **402-690-3675**        Email address   **pturner@turnerlegalomaha.com**

**23461 NE**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Rock Medical Group, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEBRASKA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Advantage Medical Pro 3340Severn Ave, Suite 320 Metairie, LA 70002** | | **Trade Debt** | | | | **$103,734.68** |
| **AGSN 16910 Marcy Street, Suite 103 Omaha, NE 68118** | | **Trade Debt** | | | | **$18,375.00** |
| **Beyond Medical Staffing 44330 Mercure Circle, Suite 166 Sterling, VA 20166** | | **Trade Debt** | | | | **$33,211.95** |
| **ClearChoice Medical Staffing 9140 W Dodge Road, #408 Omaha, NE 68114** | | **Trade Debt** | **Unliquidated Disputed** | | | **$28,000.00** |
| **Destination Travel Care 1635 McFarland N Blvd, Suite 501 Tuscaloosa, AL 35406** | | **Trade Debt** | | | | **$50,792.94** |
| **Dvorak Law 9500 W. Dodge Road, Suite 100 Omaha, NE 68114** | | **Trade Debt** | | | | **$32,181.42** |
| **Funderz Group, LLC dba Monetafi 20200 West Dixie Hway Aventura, FL 33180** | | **All Assets. Loans** | **Unliquidated Disputed** | **$368,409.56** | **Unknown** | **$368,409.56** |

| Debtor | **Rock Medical Group, LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **GetMed Travel Staffing 11506 Nicholas Street, Suite 105 Omaha, NE 68154** | | **Trade Debt** | | | | **$88,028.75** |
| **Insight CRM 2701 E. Insight Way Chandler, AZ 85286** | | **Trade Debt** | | | | **$50,320.00** |
| **Kalamata Capital Group 80 Broad Street, Suite 1210 New York, NY 10004** | | **Loans** | **Unliquidated Disputed** | | | **$239,440.00** |
| **Libertas Funding, LLC 411 West Putnam Ave, Suite 220 Greenwich, CT 06830** | | **Loans** | **Unliquidated Disputed** | | | **$742,581.75** |
| **Mr. Advance 3512 19th Ave Astoria, NY 11105** | | **Loans** | **Unliquidated Disputed** | | | **$135,000.00** |
| **National Funding 4380 La Jolla Village Drive San Diego, CA 92122** | | **Loans** | **Unliquidated Disputed** | | | **$407,000.00** |
| **Nationwide Therapy Group 3165 Holiday Springs Blvd Margate, FL 33063** | | **Trade Debt** | | | | **$180,447.93** |
| **NP78 LLC c/o SBRE 11213 Davenport Street, Ste. 300 Omaha, NE 68154** | | **Rent** | | | | **$57,329.00** |
| **PHYL Insurance PO Box 70251 Philadelphia, PA 19176** | | **Trade Debt** | | | | **$24,224.00** |
| **Skybridge Healthcare 4350 W Cypress Street, Suite 500 Tampa, FL 33607** | | **Trade Debt** | | | | **$49,623.48** |
| **Trek Healthcare Staffing 17330 W Center Road, Suite 100 Omaha, NE 68130** | | **Trade Debt** | | | | **$86,766.90** |

| Debtor | **Rock Medical Group, LLC** | | Case number *(if known)* | |
|--------|--------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Universal Background 7720 N 16th Street Phoenix, AZ 85020** | | **Trade Debt** | | | | $103,550.00 |
| **Wells Fargo Card Services 1919 Douglas Street Omaha, NE 68102** | | **Trade Debt** | | | | $68,935.00 |

## United States Bankruptcy Court
### District of Nebraska

In re    **Rock Medical Group, LLC**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member / Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **November 27, 2024**

**/s/ Loren Rock**

**Loren Rock/Managing Member / Owner**

Signer/Title

Abdidahir, Abdikani M
3190 Agape Dr
Columbus, OH 43224


Advantage Medical Pro
3340Severn Ave, Suite 320
Metairie, LA 70002


AGSN
16910 Marcy Street, Suite 103
Omaha, NE 68118


Ahrens, Bonnie I
5617 S 139th St
Omaha, NE 68137


Alegiant Services
1750 West Broadway Street, Suite 219
Oviedo, FL 32765


Almond, Gerald W
15 Hughes Ave. SW/ PO Box 38
Sykeston, ND 58486


Alvarado, Cierra Lindsey
1622 Peggy Ln
Broken Bow, NE 68822


Anderson, Yolanda B
4113 Crestwood Cir
Moss Point, MS 39563


Arauza, Michaela A
7301 Hascall St
Omaha, NE 68124


Ashmore, Sarah D
8 Ernest St
Rumford, ME 04276


Awalt, Karina L
1413 E Geronimo St
Chandler, AZ 85225

Bahati, Claude J
4357 wiltshire st .
Harrisonburg, VA 22802


Barker, Jennifer A
2822 Simpson Highway 13
Mendenhall, MS 39114


Barron, Tanjaniqua C
4410 Altay Dr Unit 202
Billings, MT 59106


Bell, Jonniece P
16137 Shawnee Trl # Na
Justin, TX 76247


Benson, Shinna S
4704 38th Ave S Unit F
Briarwood, ND 58104


Beyond Medical Staffing
44330 Mercure Circle, Suite 166
Sterling, VA 20166


Biggins, Gwendolyn K
212 Arlington Ave
Terra Alta, WV 26764


Blackford, Madelynn K
2111 W Mission Ave
Spokane, WA 99201


Blake, Kaitlyn A
330 Haymond Hwy
Clarksburg, WV 26301


Blanton, Hillary A
40 Jefferson St
Savannah, TN 38372


Blevins, Bobbi S
255 Unaka Dr
Mosheim, TN 37818

```
Bos, Adam R
14810 Starlite Cir
Bennington, NE 68007


Bostwick, Molly J
3421 Sheffield St
Omaha, NE 68112


Branch, Tierra V
1212 SW Saint Martin Dr
Peoria, IL 61605


Brand, Mary
1383 S Fur Dr
Wisconsin Dells, WI 53965


Brandau, Kimberly
109 Forest Glen Dr
Council Bluffs, IA 51503


Breedlove, Abigail G
3784 Ed Haymes Rd
Austin, AR 72007


Brewer, Chassity L
105 Vaughn St
Waynesboro, TN 38485


Brocht, Lauren L
1502 17th St S, Apt 104
Fargo, ND 58103


Burns, Erin E
1303 Vinewood St
Clare, MI 48617


Burrows, Alissa M
1510 W Tomar Ct
Peoria, IL 61614


Buscher, Nicole R
5608 S 50th Ave
Omaha, NE 68117
```

Calvert Jackson, Kieara N
1120 N Bourland Ave # 1
Peoria, IL 61606


Case, Christopher M
6455 S 194th Terrace Plz Apt
Omaha, NE 68135


Caux, Renee C
209 Meyers Ave
Meyersdale, PA 15552


Cerda, Benjamen A
108 W National Ave
Richland, MO 65556


Cherry, Devin I
5601 Grierson St
Moss Point, MS 39563


Clark, Carrilyn E
1380 Centerville Ln Unit 41
Gardnerville, NV 89410


ClearChoice Medical Staffing
9140 W Dodge Road, #408
Omaha, NE 68114


Coenen, Joseph M
506 S 159th Cir
Omaha, NE 68118


Connolly, Susan Lyn
13504 NE 84th St Ste 103
Vancouver, WA 98682


Core Technologies
9711 M Street
Omaha, NE 68127


Corrales, Amanda G
16823 Porter Rd NW
Frostburg, MD 21532

Cowden, April S
10598 Cordgrass Ln Apt 4211
Jacksonville, FL 32258


Craig, William D
4430 S 179th St
Omaha, NE 68135


Crawford, Stacy N
3212 Brookside Dr Apt 11
Traverse City, MI 49686


CSC as Repreprentative
PO Box 2576
Springfield, IL 62708


CT Corporation System, as Rep.
330 N. Brand Blvd.
Suite 700: ATTN - SPRS
Glendale, CA 91203


Cupp, Amy
73 Water Plant Rd
Lily, KY 40740


Dally, Diana M
8335 Karl Ridge
Lincoln, NE 68507


Daniels, Ladonna M
4483 Sirius Ave
Las Vegas, NV 89102


Dant, Megan A
6810 S 182nd Ct
Omaha, NE 68135


Davis, Tina T
410 Kirkland Ln
Reno, TX 75462


Delgado, Claudia A
5288 E FARM ROAD 142
Springfield, MO 65809

Delozier, Kimberly A
13708 Barrelville Rd NW
Mount Savage, MD 21545


Denise Stobbe


Destination Travel Care
1635 McFarland N Blvd, Suite 501
Tuscaloosa, AL 35406


Devries, Mary D
1008 Mulberry St
Yankton, SD 57078


Diaz, Walder O
1284 Highway 36
Oberlin, KS 67749


Dickey, Kimberly P
26200 Old Saltworks Rd
Abingdon, VA 24210


Diggs, Kirsten D
1501 Stallings Dr Apt 69
College Station, TX 77840


Dormu, Alfonso M
2703 14th St W
West Fargo, ND 58078


Dormu, Jowel S
2703 14th St W
West Fargo, ND 58078


Dormu, Mercy F
4536 47th St S Apt 107
Briarwood, ND 58104


Douglas County Treasurer
1819 Farnam St. H-02
Omaha, NE 68183

Dvorak Law
9500 W. Dodge Road, Suite 100
Omaha, NE 68114


Eagles, Brittany
1238 Alcazar St
Daytona Beach, FL 32117


Easterwood, Alan M
12605 Dexter St
Thornton, CO 80241


Eluchie, Gladys N
13418 Bafing Dr
Houston, TX 77083


Equiturn Solutions
1855 Grffin Road, Suite C462
Dania Beach, FL 33004


Ervolino, Gennaro
207 N Washington Ave
Protection, KS 67127


Ervolino, Renee P
207 N Washington Ave
Protection, KS 67127


Escobar, Shawna M
141 Yost Rd
New Creek, WV 26743


Escreen
8140 Ward Pkwy #300
Kansas City, MO 64114


Estay, Marci J
1079 Scout Dam Rd
Colver, PA 15927


Euler Hermes Collections NA
100 INTERNATIONAL DRIVE, 22ND FLOOR
Baltimore, MD 21202

Financial Agent Services
PO Box 2576
Springfield, IL 62708


Flores, Katrina L
260 Barnes Rd
Collins, MS 39428


Forsythe, Paul M
105 Cromer St
Westernport, MD 21562


Foster-Scott, Tremeice M
15330 Bammel North Rd
Houston, TX 77014


Foutch, Erica L
412 N Main St., Unit 8
Boulder, MT 59632


Fuentes, Rooandy H
2921 S 123rd East Ave
Tulsa, OK 74129


Funderz Group, LLC dba Monetafi
20200 West Dixie Hwy
Aventura, FL 33180


Gardner, Latisha S
PO Box 272
Glenrock, WY 82637


GetMed Travel Staffing
11506 Nicholas Street, Suite 105
Omaha, NE 68154


GoDaddy(Email and Office Subscriptions)
2155 E Godaddy Way
Tempe, AZ 85284


Goesch, Nikkolett H
650 Providence St Trlr 22
Taylor, WI 54659

Graham, Kaden L
590 Cedar St
Springfield, NE 68059


Graham, Lana D
313 PO Box
Springfield, NE 68059


Gray, Kathy R
30114 Seymore Road
Nettleton, MS 38858


Greer, Kaitlin A
7719 Greenleaf Dr
La Vista, NE 68128


Grigg, Melissa A
405 E Maple St Apt 6
Orleans, NE 68966


Hammack, Cassie M
1716 Gaylord St
Melrose, MT 59701


Hart, Steven M
17529 Palisades Dr
Omaha, NE 68136


Hartman, Anna M
9466 Fort Ashby Rd
Keyser, WV 26726


Harvey, Aleija Natyra
1028 Pearl River Avenue Ext
Mccomb, MS 39648


Hathorn, Justice C
6314 Fm 2261
Shelbyville, TX 75973


Hennessey, Celestina L
1124 W Park St Apt 7
Livingston, MT 59047

Hernandez, Adrian H
1651 Highway 6
Saronville, NE 68975


Hill, Kristina M
1233 N Mesa Dr Apt 1177
Mesa, AZ 85201


Hodges, Bethlene D
4731 Forrest Oak Ln
Lake Park, GA 31636


Hollingsworth, Katelyn J
339 Newton St
Keyser, WV 26726


Hubbs, Christopher L
1109 Pinemont Dr
Mobile, AL 36609


Huff, Michael T
5030 S 95th Cir
Omaha, NE 68127


Inglesby, Tara J
22 Hillside Ln
Woodsville, NH 03785


Insight CRM
2701 E. Insight Way
Chandler, AZ 85286


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101


Jackson, Laura T
8355 S Wind Dr N
Irvington, AL 36544


Jacobson, Tanya K
311 2nd Ave N
Dallas, WI 54733

James, Brittany N
1770 Taft Ave Apt A7
Oshkosh, WI 54902

James, Chandra S
2651 Alice St
Butte, MT 59701

Jenkins, Dorothea L
1722 N 84th Terr
Omaha, NE 68114

JobRobotix
4965 U.S. HWY 42, Suite 1000
Louisville, KY 40222

Johnson, Brooklyn N
2121 N Bourland Ave
Peoria, IL 61604

Johnson, Demarcus Q
1576 Azalea Dr
Clarksdale, MS 38614

Johnson, Michele L
11115 #102
Mitchell, SD 57301

Jones, Lauren E
13201 Schirra Street
Omaha, NE 68138

Kalamata Capital Group
80 Broad Street, Suite 1210
New York, NY 10004

Kazemi, Ken R
4051 Monument Ln
Frisco, TX 75034

Keating, Melissa A
10527 S 97th Ct Apt 2306
Papillion, NE 68046

King, Olivia C
2851 Upper Mountain Rd
Sanborn, NY 14132


Kirby, Eleanor A
4212 G St
Omaha, NE 68107


Knaub, Amber D
520 Missouri Ave # N
Alliance, NE 69301


Kosiba, Christina M
7808 N 82nd Ave
Omaha, NE 68122


Kruger, Rebecca L
829 W 3rd St
Valentine, NE 69201


Laffa, Fred R
205 W Interstate Ave Apt 2
Bismarck, ND 58503


Lane, Jasmin I
22 Crestwood Dr Apt 5D
Waterville, ME 04901


Langendoerfer, Deborah L
38660 McKenzie Hwy
Springfield, OR 97478


Lara, Chelsea M
602 S 18th St
Malmo, NE 68040


Larson, Erin Jennifer
89874 Pine Heights Dr
Valentine, NE 69201


Lee, Daniel R
18718 Van Camp Dr
Omaha, NE 68130

Lewis, Molly R
73209 Highway 64
Meeker, CO 81641


Libertas Funding, LLC
411 West Putnam Ave, Suite 220
Greenwich, CT 06830


Limon, Manuel A
5309 N US Highway 75 Trlr 75
Sioux City, IA 51108


Linde, Todd
6513 N 150th St
Omaha, NE 68116


Lockett, Alyssa A
185 Davidson Ridge Rd
York, SC 29745


Loren Rock


Loring, Kathryn J
6138 S 189th St
Omaha, NE 68135


Lott, Melissa A
408 Third St
Delhi, LA 71232


Massa, Alice
3308 E Buckskin Ln
Hernando, FL 34442


Massa, Tracy M
3308 E Buckskin Ln
Hernando, FL 34442


Massaquoi, Moima
5200 70th Ave NE
Brooklyn Center, MN 55429

Mathews, Ralph O
2110 Wagonhammer Ln
Gillette, WY 82718


Matthews, Antesha L
9055 Appleton
Redford, MI 48239


Mauldin, Jessica
10776 Mauldin Farms Ln
Andalusia, AL 36420


McFarland, Jenny L
P.O. Box 22
Grantsville, MD 21536


McMurchy, Casey J
4700 Orbison Rd
Troy, OH 45373


McNally, Joshua S
1 Beaver Ln
Turner, ME 04282


Meda Health Staffing
15331 W Bell Road, Suite 212
Surprise, AZ 85374


Menninga, Misty S
2005 SW 35th St Unit 1302
Ankeny, IA 50023


Mesenbrink, Shannon
2734 Wyoming St
Omaha, NE 68112


Minich, Katelynne Christine Diane
1042 E 3rd St
Alliance, NE 69301


Mitchell, Serena L
3340 N 48th Ave
Omaha, NE 68104

Mitjans, Jasmine L
5324 N 36 th St
Milwaukee, WI 53209


Monahan, Michael P
5150 N 155th Ave
Omaha, NE 68116


Monahan, Taylor N
5150 N 155th Ave
Omaha, NE 68116


Moore, Ahmed R
334 Nassau Dr
Castle Hills, TX 78213


Moore, Wendy M
2293 Doane Ln
Natrona, WY 82601


Mr. Advance
3512 19th Ave
Astoria, NY 11105


Mumma, Trey M
3524 S 130th St
Omaha, NE 68144


Mushala Hawthorne, Kemilembe A
9414Presley place
Lanham, MD 20706


National Funding
4380 La Jolla Village Drive
San Diego, CA 92122


National Funding, Inc.
4380 La Jolla Drive
San Diego, CA 92122


Nationwide Therapy Group
3165 Holiday Springs Blvd
Margate, FL 33063

Nebraska Attorney General Office
Attn: Bankruptcy
2115 State Capital Building
Lincoln, NE 68509


Nebraska Department of Revenue
Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 94818


Netxtiva
2975 Regent Blvd, Suite 1000
Irving, TX 75063


Nguyen, Tuan Andrew C
PO box 89905
Sioux Falls, SD 57109


Niyomufasha, Claudette
1011 State St Unit 208D
Union Grove, WI 53182


Njuguna, George K
4338 south cedar street, Apt. 2
Tacoma, WA 98409


Norman, Randi A
407 Temple St
Beckley, WV 25801


Northington, Alissa M
1448 County Road 123
Gainesville, TX 76240


NP78 LLC
c/o SBRE
11213 Davenport Street, Ste. 300
Omaha, NE 68154


O'Donnell, David S
903 W 6th St Apt 12103
Papillion, NE 68046

Osorio, Jennifer Jane-Louise
104 Rosemont St
Richmond Hill, GA 31324


Paasewe, Romelia M
4274 39th Ave S
Fargo, ND 58104


Palmeno-Sacrison, Jessica L
21448 US Highway 12
Keldron, SD 57634


Parochelli, Angela I
413 East Smith Street
Long Beach, CA 90805


Patino, Cynthia C
14234 S Highway 71 # Na
West Fork, AR 72774


Perez, Arturo C
3321 N 76th St
Omaha, NE 68134


Phillips, Alex C
6202 N 131st Ave
Omaha, NE 68164


PHYL Insurance
PO Box 70251
Philadelphia, PA 19176


Pierce, Dawn A
2100 27th St So
Great Falls, MT 59406


Plevritis, Demetria
4701 Avenue O
Brooklyn, NY 11234


Plumley, Felicia A
1525 26th St
Greeley, CO 80631

```
Powell, Michelle M
540 Columbia Road 295
Magnolia, AR 71753


Prahin, Ashley M
2367 Deep River Rd
Standish, MI 48658


Price, Jennifer M
PO Box 1636
Kildare, TX 75562


Pritts, Tracy M
550 Ward Ave # 3002B
Keyser, WV 26726


Proctor, Diamond A
2151 Meadow Cir N
Southside, AL 35907


Quintana, April J
718 14th ave
Scottsbluff, NE 69361


Redditt, Todd
1305 Copper Crk
Killeen, TX 76549


Relias
1010 Sync. St.
Suite 100
Morrisville, NC 27560


Rendon, Janet Norma
26901 Roberta Rd
San Benito, TX 78586


Roberts Musutu, Cindy N
15729 Artist Way, Apt 21027
Addison, TX 75001


Robins, Madison K
PO Box 2904
Lebanon, VA 24266
```

Rock, Amy E
18412 Jefferson St
Omaha, NE 68135


Rock, Loren K
18412 Jefferson St
Omaha, NE 68135


Rodriguez, Jonathan
716 E Wichita St
Broken Arrow, OK 74012


Ross, Christina L
5781 S Jase Cir
Wasilla, AK 99623


Rowland, Dana T
10 road 9040
Boaz, AL 35957


Rubek, Kayla Renae
6021 S 34th St
Omaha, NE 68107


Ryan, Holly R
403 Chateau Dr Apt 23
Bellevue, NE 68005


Sauleen, Mikayla C
W6026 Highway 77 # B
Minong, WI 54859


SBA
10737 Gateway West
#300
El Paso, TX 79935


Scott, Raeshad T
9387 Fm 1960 Bypass Rd W
Houston, TX 77014


Sears, Deshawn M
1719 N Charles St
Saginaw, MI 48602

Segura, Martin G
1296 E Carob Pl
Chandler, AZ 85286


Seimavula, Sedaskia A
318 10th Ave NE Apt 303
Watford City, ND 58854


Sense
1875 Mission Street Suite 103
SanFrancisco, CA 94103


Shaw, Justin E
505 Harker Ave
Newell, WV 26050


Sheila Bentzen
1228 Lincoln Mall
Suite 300
Lincoln, NE 68508


Sickmann, Joel
6617 S. 107 Ave
Omaha, NE 68127


Sievers, Tori L
6703 Giles Rd Apt 101
Papillion, NE 68133


Skildum, Johanna M
1044 NW dragonstone st
Bremerton, WA 98311


Skybridge Healthcare
4350 W Cypress Street, Suite 500
Tampa, FL 33607


Smiley, Felesha R
19571 Gorgas Rd
Northport, AL 35475


Smith, Amber L
PO Box 2813
Ashtabula, OH 44005

Smith, Bonnie K
200 Cassel Ridge Dr Apt 11
Grantsville, MD 21536

Smith, Brittany E
296 Richner Hollow Rd
Howard, PA 16841

Smith, Judy A
PO box 505
Readfield, ME 04355

Smith, Patricia M
1415 W Park Ave, Apt 2B
Riverton, WY 82501

Sokruta, Aleksey Aleksandrovich
5235 Pierce Rd
Kingsley, MI 49649

Stachura Aerni, Gina M
606 Park Ave Apt 308
Orange Park, FL 32073

STOBBE, DENISE L
6617 S 107th St
Omaha, NE 68127

Stobbe, Keegan N
6617 S 107th St
Omaha, NE 68127

Stobbe, Shane H
6617 S 107th St
Omaha, NE 68127

String, Timothy C
108 Skyhawk Dr
Mc Rae, AR 72102

Swanson, Vanessa L
1911 W 4th St
North Platte, NE 69101

Talton, Erin N
431 E 5th St
Bayard, NE 69334


Taylor, Felicia M
1748 250th St
Red Oak, IA 51566


Taylor, Jaiden C
1312 W 20th St
Kearney, NE 68845


Tchimou, Pamela A.M
363 Providence Rd
Sandpoint, ID 83864


Terry, Amber J
3945 Rowell Rd
Valdosta, GA 31606


Thomas, Nicholas A
2705 Kansas Avenue
Omaha, NE 68111


Thompson, Muquitah C
3818 Elm Trace Dr
Loganville, GA 30052


Tomlinson, Marcelle L
13455 Roseland Rd
Roseland, FL 32957


Trek Healthcare Staffing
17330 W Center Road, Suite 100
Omaha, NE 68130


Turner, Amy J
807 E 13th St
Duluth, MN 55805


Turnis, Courtney N
1585 140th St
Coon Rapids, IA 50058

United Capital
146 2nd Street N., Suite 200
Saint Petersburg, FL 33701


Universal Background
7720 N 16th Street
Phoenix, AZ 85020


Vault Health
255 Alhambra Circle, Suite 700
Coral Gables, FL 33134


Vertel, Crystal N
18675 BONNIE JEAN DR
Traverse City, MI 49684


Villarreal, Mayra Y
1738 Jose Garcia Ln
Rio Grande City, TX 78582


Vivian
100 Pine St., Ste. 1250
PMB A140
San Fransisco, CA 94111


Viviano, Tracy M
14189 Easy St
De Soto, MO 63020


Voeller, Darcy L
1852 16th St SW Lot 86
Minot Afb, ND 58701


Waggoner, Kelsey M
119 N 72nd St Apt 506
Omaha, NE 68114


Wakefield, Johanna M
5801 W Expo Pkwy, Unit 302
Post Falls, ID 83854


Walker, Danette S
402 W State St Apt 1A
Erie, KS 66733

Walsh, John P
1469 Airport Rd.
Norton Shores, MI 49444


Walstrom, Benjamin J
5215 S 157th Plz Apt 186
Omaha, NE 68135


Walton, Staci I
13719 Brant Rd SW
Cumberland, MD 21502


Weimer, Lindsay Sioux
380 N Ladino Dr
Idaho Falls, ID 83401


Welch, Shasta G
301 Redwater St
Busby, MT 59016


Wells Fargo Card Services
1919 Douglas Street
Omaha, NE 68102


Westhoff, Tory M
117 N Labette St
Frontenac, KS 66763


Whelan, Alysa A
220 E 12th St
Grand Island, NE 68801


Whelan, Erica L
PO Box 131
Hudson, WY 82515


Wilkins, Mandy S
497 Deerfield Drive
Fort Ashby, WV 26719


Willey, Melinda Denise
6870 Oveja Ave
El Paso, TX 79912

```
Williams, Donald J
10174 Belgrove Ave
Daphne, AL 36526


Williams, Dwausha A
2030 N 29th St Unit 2
Lincoln, NE 68503


Williams, Elizabeth S
7288 Town South Ave Apt A
Baton Rouge, LA 70808


Wilson, Timothy S
10917 Y St
Omaha, NE 68137


Wooden, Simone N
P.O. Box 822326
North Richland Hills, TX 00761


Yslas, Michael Joseph
756 N Elm street Box 342
Cresco, IA 52136


Yung, Cynthia V
1103 W Country Club Dr
Payson, AZ 85541
```

# United States Bankruptcy Court
## District of Nebraska

In re   **Rock Medical Group, LLC**
_____
Debtor(s)

Case No. _____
Chapter   **11**  _____


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rock Medical Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:



■ None [*Check if applicable*]




**November 27, 2024**
_____
Date

**/s/ Patrick R. Turner**
_____
**Patrick R. Turner**
Signature of Attorney or Litigant
Counsel for   **Rock Medical Group, LLC**
_____
**Turner Legal Group, LLC**
**14707 California Street, #1**
**Omaha, NE 68154**
**402-690-3675**
**pturner@turnerlegalomaha.com**

## United States Bankruptcy Court
### District of Nebraska

In re  **Rock Medical Group, LLC**
_____
                                    Debtor(s)

Case
No.    _____

Chapter    **11**    _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Loren Rock**, declare under penalty of perjury that I am the **Managing Member / Owner** of **Rock Medical Group, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 25th day of November, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Loren Rock**, **Managing Member / Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Loren Rock**, **Managing Member / Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Loren Rock**, **Managing Member / Owner** of this Corporation is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the corporation in such bankruptcy case."

Date  **November 25, 2024**
_____

Signed  **/s/ Loren Rock**
_____
        **Loren Rock**

Resolution of Board of Directors
of
**Rock Medical Group, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Loren Rock**, **Managing Member / Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Loren Rock**, **Managing Member / Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Loren Rock**, **Managing Member / Owner** of this Corporation is authorized and directed to employ **Patrick R. Turner**, attorney and the law firm of **Turner Legal Group, LLC** to represent the corporation in such bankruptcy case.

Date **November 25, 2024**          Signed  */s/ Loren Rock*
                                            **Loren Rock**

Date **November 25, 2024**          Signed  */s/ Denise Stobbe*
                                            **Denise Stobbe**

Date **November 25, 2024**          Signed  */s/ Joel Sickmann*
                                            **Joel Sickmann**